UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 05-4587 CRB<br><br>**MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| DORA JEANNE PICKENS, ET VIR<br>Plaintiffs<br><br>vs.<br><br>PFIZER, INC., ET AL.<br>Defendants | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiffs, DORA JEANNE PICKENS and GEORGE PICKENS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 9/30, 2009    By: _____
Attorneys for Plaintiffs,
Dora Jeanne Pickens and
George Pickens

DATED: December 15, 2009    By: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: JAN - 4 2010    _____
Hon. Charles R. Breyer
United States District Court